E-FILED
Thursday, 24 June, 2010 01:53:35 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**MARLON N JOYNER,**
      **Plaintiff,**

    vs.        Case Number: **07-2060**

**DANVILLE POLICE DEPARTMENT et al.,**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of all Defendants and against the Plaintiff. Case is terminated.

ENTER this 24th day of June, 2010.

s/Pamela E. Robinson
_____
PAMELA E. ROBINSON, CLERK

s/S. Johnson
_____
BY: DEPUTY CLERK